STATE v. TEW

No. 87PA00

Case below: 136 N.C.App. 669

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 12 July 2000 for the limited purpose of entering the following order: The conviction and judgment of the Superior Court, Alamance County, in case Number 98CRS4002, wherein defendant was convicted of attempted second degree murder, are vacated pursuant to this Court's 7 April 2000 decision in *State v. Coble*, 351 N.C. 448, 527 S.E.2d. 45 (2000).

STATE v. THOMAS

No. 91A95-4

Case below: Wake County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Wake County, denied 12 July 2000.

STATE v. WASHINGTON

No. 507P98-2

Case below: 135 N.C.App. 386

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of appeals denied 12 July 2000.

TRACEY v. ESTATE OF TRACEY

No. 275P00

Case below: 138 N.C.App. 168

Motion by defendant for temporary stay denied 27 June 2000. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 June 2000.